Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant PALACIO MISSION BAY, LLC.

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, <br><br> Plaintiff, <br> vs. <br><br> 574 ESCUELA, LLC DBA MONTE CRISTO INN B&B <br><br> Defendant. <br> Defendant. | Case No. 18-cv-06777-JD <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND (6)** <br><br> Date: May 9, 2019 <br> Courtroom: 11 <br> Time: 10 a.m. <br><br> Hon. James Donato <br><br> Complaint filed: November 2, 2018 |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on May 9, 2019, or as soon thereafter as the matter may be heard in the Courtroom 11 of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, 574 ESCUELA, LLC , ("Defendant") will and hereby does move the Court for an Order dismissing the Complaint for lack of standing and failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

This motion is brought on the grounds that Peter Strojnik ("Plaintiff") lacks sufficient Article III standing to bring the claims asserted in the complaint and fails to allege sufficient facts to support standing under the Unruh Act and Disabled Persons Act claims. Additionally, Plaintiff fails to state a claim upon which relief can be granted, and pleads punitive damages for a negligence cause of action, which Defendant requests to be stricken.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing, if any.

    Respectfully Submitted,

    STILLMAN & ASSOCIATES

Dated: March 29, 2019    By:_____
    Philip H. Stillman, Esq.
    Attorneys for defendant 574 ESCUELA, LLC

# PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on March 29, 2019 or as soon as possible thereafter, copies of the foregoing Motion to Dismiss and Memorandum of Points and Authorities was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: /s/ *Philip H. Stillman*

Attorneys for 574 ESCUELA, LLC